IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


ALLEN LEE DAVISON                                                    PLAINTIFF


v.                                    Civil No. 6:18-CV-06101


JOSHUA A. MERRITT                                                  DEFENDANT


## ORDER

Before the Court is the Report and Recommendation filed June 26, 2019, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (ECF No.

30.)  Judge Bryant recommends that Defendant's Motion for Summary Judgment (ECF No. 15)

be granted and Plaintiff's Complaint be dismissed with prejudice.  No party has filed objections to

the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).

Upon review, the Court adopts the Report and Recommendation *in toto.*

Accordingly, Defendant's Motion for Summary Judgment (ECF No. 15) should be and

hereby is GRANTED, and Plaintiff's Complaint should be and hereby is DISMISSED WITH

PREJUDICE.

**IT IS SO ORDERED**, this 6th day of August 2019.



.                                                    */s/Robert T. Dawson*
                                                     ROBERT T. DAWSON
                                                     SENIOR U.S. DISTRICT JUDGE